## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Montessori Academy & Infant | ) | |
| Toddler Center, Inc. | ) | Case No. 15-34064 |
| | ) | |
| | ) | |
| Debtor | ) | Judge Jack B. Schmetterer |

### FINAL REPORT OF DEBTOR IN POSSESSION

Montessori Academy & Infant Toddler Center Inc.  by and through his attorney, Karen J.

Porter, for its final report pursuant to Bankruptcy Rule 1019(5) states as follows

1.      Debtor commenced a voluntary chapter 11 bankruptcy case on October 6, 2015.

2.      On November 20, 2015, the court entered an order converting the chapter 11 case

to one under chapter 7.

3.      The Debtor incurred the following debts after the commencement of the case:

    A.   Porter Law Network
        230 West Monroe, Suite 240
        Chicago, IL 60606
        Estimated $ 3,000.00

    B.   Kelvin A. Massey
        6373 N. Quail Hollow Rd., Suite 102
        Memphis, TN 38120-1405
        Estimated $3000.00

    C.   Payroll 1
        P.O. Box 758
        Birmingham, MI 48012-0758
        $176.55

    D.   City of Chicago
        Department of Finance-Water Billing
        P.O. Box 6330
        Chicago, IL 60680-6330
        $525.08

E.      Protection One Alarm Monitoring, Inc.
P.O. Box 872987
Kansas City, MO 64187-2987
$287.31

F.      Peoples Gas
Attention Bankruptcy Department
200 East Randolph Street
Chicago, IL 60601-6436

G.      Illinois Department of Employment Security
33 South State Street
9th Floor
Chicago, IL 60603-2802

Montessori Academy &
Infant Toddler Center Inc.

By: _Ardelia J. Irvin_

Ardelia J. Irvin, Sole Shareholder

By: /s/Karen J. Porter
One of its Attorneys

Karen J. Porter
Atty No.  6188626
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
312-372-4400
Fax 312-372-4160