**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 15-34064 |
| MONTESSORI ACADEMY & INFANT | ) | Honorable Jack B. Schmetterer |
| TODDLER CENTER, INC., | ) | |
| | ) | Hearing Date:   February 9, 2016 |
| Debtor. | ) | Hearing Time:   10:00 a.m. |

**NOTICE OF MOTION**

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **February 9, 2016, at 10:00 a.m.** or as soon as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, Room 680, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604 and shall then and there present the **TRUSTEE'S MOTION ESTABLISH BAR DATE FOR ADMINISTRATIVE EXPENSE CLAIMS AND RELATED RELIEF**, a copy of which is hereby served upon you.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

> Richard M. Fogel (#3127114)
> Shaw Fishman Glantz & Towbin LLC
> 321 North Clark Street, Suite 800
> Chicago, IL 60610
> (312) 541-0151

**CERTIFICATE OF SERVICE**

Richard M. Fogel certifies that he caused to be served a true copy of the above and foregoing Notice and the Motion upon the attached Service List on January 15, 2016 via CM/ECF or First Class U.S. Mail, proper postage prepaid, from 321 North Clark Street, Chicago, Illinois 60654, as indicated.

> /s/ Richard M. Fogel

{4273 MOT A0427755.DOC}

## SERVICE LIST

Patrick S. Layng, United States Trustee
USTPRegion11.ES.ECF@usdoj.gov

Karen J. Porter
porterlawnetwork@gmail.com

Brian P. Welch
bwelch@craneheyman.com

Montessori Academy & Infant Toddler
Center, Inc.
c/o Ardelia Irvin, President
50 E. Bellevue Place, Apt. 701
Chicago, IL  60611-6106

Berton N. Ring
123 W. Madison St., Suite 1500
Chicago, IL  60602-3612

Andrea Suggs
Elizabeth Hubbard
Hubbard Law Firm
900 W. Jackson Blvd., Suite 6
Chicago, IL  60607-3024

Kelvin A. Massey
6373 N. Quail Hollow Rd., Suite 102
Memphis, TN  38120-1405

Payroll 1
P.O. Box 758
Birmingham, MI 48012-0758

City of Chicago
Department of Finance- Water Billing
P.O. Box 6330
Chicago, IL  60680-6330

Protection One Alarm Monitoring, Inc.
P.O. Box 872987
Kansas City, MO  64187-2987

Peoples Gas
Attn:  Bankruptcy Dept.
200 E. Randolph St.
Chicago, IL  60601-6436

Illinois Dept. of Employment Security
33 S. State Street, 9th Floor
Chicago, IL  60603-2802

{4273 MOT A0427755.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Hon. Jack B. Schmetterer |
| Montessori Academy & Infant Toddler | ) | Case No. 15-34064 |
| Center, Inc., | ) | |
| Debtor. | ) | Hearing Date: February 9, 2016 |
| | | Hearing Time: 10:00 a.m. |

### MOTION TO ESTABLISH BAR DATE FOR ADMINISTRATIVE EXPENSE CLAIMS AND RELATED RELIEF

Richard M. Fogel, not individually, but as trustee ("Trustee") of the chapter 7 estate of Montessori Academy & Infant Toddler Center, Inc. (the "Debtor"), pursuant to 11 U.S.C. §§ 105(a) and 503 and Fed. R. Bankr. P. 1019(6), hereby requests the entry of an order (i) setting a bar date (the "Administrative Bar Date") for the filing of requests for payment, pursuant to Section 503 of the Bankruptcy Code, for claims arising during the chapter 11 phase of the Debtor's case (collectively, the "Administrative Expense Claims") and (ii) waiving further notice, as set forth below (the "Motion"). In support of the Motion, the Trustee respectfully states as follows:

### I. BACKGROUND AND JURISDICTION

1. On October 6, 2015 (the "Petition Date"), the Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of Illinois, commencing the above-captioned case.

2. On the Petition Date, the Debtor was operating a day care center in Chicago, Illinois.

3. After the Petition Date, the Debtor ceased operation and on November 20, 2015, this Court entered an order converting the chapter 11 case to a case under Chapter 7 of the Bankruptcy Code (the "Conversion Order").

4. The Trustee was appointed on November 24, 2015 to administer the Debtor's estate (the "Estate").

5. On January 13, 2016, counsel for the Debtor filed a Final Report of Debtor in Possession (the "Report") which included a list of unpaid debts that the Debtor incurred after the Petition Date [Docket No. 47]. A copy of the Report is attached to the Motion as Exhibit A.

6. The parties listed in the Report may have Administrative Expense Claims against the Estate pursuant to the provisions of Section 503 of the Bankruptcy Code (collectively, the "Administrative Claimants").

7. This Court has core subject matter jurisdiction to hear and resolve this Motion pursuant to 28 U.S.C. §§ 1334(b), 1334(e), 157(b)(2)(A), 157(b)(2)(M) and 157(b)(2)(N) and applicable local rules regarding the referral of cases under title 11 of the United States Code to this Court.

## II.   RELIEF REQUESTED

8. By this Motion, the Trustee requests the entry of an order (i) setting an Administrative Bar Date of May 9, 2016 for the filing of requests for payment by the Administrative Claimants and (ii) waiving further notice by the Trustee and the Clerk of the Court.

## III.   BASIS FOR RELIEF REQUESTED

9. Pursuant to 11 U.S.C. §503(a), "an entity may timely file a request for payment of an administrative expense…"

10. Pursuant to Fed. R. Bankr. P. 1019(6), "[a] request for payment of an administrative expense incurred before conversion of the case is timely filed under § 503(a) of the Code if it is filed before conversion or *a time fixed by the court*." (emphasis supplied). Accordingly, the Trustee requests that this Court establish May 9, 2016, as the Administrative Bar Date. If approved, the Administrative Claimants will have 90 days to file a request for payment.

11.    The Trustee has served this motion on 21 days' notice on the United States Trustee, the Debtor and its counsel, all scheduled creditors and all of the parties listed in the Report. The Trustee requests that the Court deem this notice to be adequate under the circumstances and waive any further notice of the Administrative Bar Date. This Court should grant the requested relief as it will reduce the costs of administering the Estate.

WHEREFORE, the Trustee respectfully requests that this Court enter the proposed order granting the relief requested herein and granting such other and further relief as this Court deems just and proper.

> Respectfully submitted,
>
> Richard M. Fogel, chapter 7 trustee for
> Montessori Academy & Infant Toddler Center, Inc.

Dated: January 15, 2016                                                           /s/ *Richard M. Fogel*

Richard M. Fogel (#3127114)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151 telephone
(312) 980-3888 facsimile