UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-34064 |
| | ) | |
| Montessori Academy & Infant Toddler Center, Inc. | ) ) | Chapter: 7 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING FINAL APPLICATION OF THE PORTER LAW NETWORK FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

This cause coming on to be heard on application of the Karen J. Porter for Compensation and reimbursement; due and proper notice of the Application has been given to the parties entitled thereto; and the court being duly advised in the premises:

IT IS HEREBY ORDERED that the application is granted. The Porter Law Network is awarded compensation in the amount of $5735.00 and reimbursement of expenses in the amount of $1762.00. The balance due to the Porter Law Network after the application of the retainer funds paid by the Debtor is $2,780.00. The Porter Law Network is awarded an administrative expense claim in the amount of $2780.00

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: February 23, 2016

**Prepared by:**

Karen J. Porter
Porter Law Network
230 West Monroe, Suite 240
Chicago, Il 60606
312-372-4400