**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MONTESSORI ACADEMY & INFANT-TODDLER § Case No. 15-34064
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/06/2015. The case was converted to one under Chapter 7 on 11/20/2015. The undersigned trustee was appointed on 11/24/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of       $       23,829.93

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,298.83 |
| Bank service fees | 442.67 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 22,088.43 |

The remaining funds are available for distribution.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/22/2016 and the deadline for filing governmental claims was 04/22/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,132.99. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,132.99, for a total compensation of $3,132.99[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $38.10 for total expenses of $38.10[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/21/2017                     By: /s/ Richard M. Fogel
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

|  | Form 1 | Exhibit A |
|---|---|---|
|  | **Individual Estate Property Record and Report** | Page: 1 |
|  | **Asset Cases** |  |

Case No.: 15-34064  
Case Name: MONTESSORI ACADEMY & INFANT-TODDLER  

Trustee Name: (330720) Richard M. Fogel  
Date Filed (f) or Converted (c): 11/20/2015 (c)  
§ 341(a) Meeting Date: 01/19/2016  

For Period Ending: 02/21/2017  

Claims Bar Date: 04/22/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chase Bank Checking Account - 4982 Amount As of October 5, 2015<br>Chase Bank Checking Account - 4982 Amount As of October 5, 2015 | 11,202.78 | Unknown | | 15,531.54 | FA |
| 2 | Racks, microwave, stove, 2 refrigerators, utensils, 43 shelves, 36 chairs, 9 tables, 45 cots, 14 cubbles, 9 baby beds, 9 mattresses.<br>Racks, microwave, stove, 2 refrigerators, utensils, 43 shelves, 36 chairs, 9 tables, 45 cots, 14 cubbles, 9 baby beds, 9 mattresses- abandoned per o/c 1-19-16 | 965.00 | Unknown | OA | 0.00 | FA |
| 3 | Small computer for office use, telephone system, office supplies<br>Small computer for office use, telephone system, office supplies- abandoned per o/c 1-19-16 | 400.00 | Unknown | OA | 0.00 | FA |
| 4 | Stored food and drinks for the children<br>Stored food and drinks for the children- Abandoned per o/c 1-19-16 | 800.00 | Unknown | OA | 0.00 | FA |
| 5 | Accounts Receivable (u) | 0.00 | Unknown | | 8,245.60 | FA |
| 6 | Savings account- Chase Bank (u) | 0.00 | Unknown | | 52.79 | FA |
| 7 | Potential Avoidance Actions (u) | 0.00 | Unknown | OA | 0.00 | FA |
| 7 | **Assets    Totals    (Excluding unknown values)** | **$13,367.78** | **$0.00** | | **$23,829.93** | **$0.00** |

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| | |
|---|---|
| **Case No.:** 15-34064 | **Trustee Name:** (330720) Richard M. Fogel |
| **Case Name:** MONTESSORI ACADEMY & INFANT-TODDLER | **Date Filed (f) or Converted (c):** 11/20/2015 (c) |
| | **§ 341(a) Meeting Date:** 01/19/2016 |
| **For Period Ending:** 02/21/2017 | **Claims Bar Date:** 04/22/2016 |

**Major Activities Affecting Case Closing:**

Trustee has retained accountants to prepare income tax returns for estate and review transactions between the debtor and its sole shareholder for potential avoidance actions.

The bar date for filing pre-petition claims is April 22, 2016 and the bar date for filing requests for allowance of chapter 11 administrative expense claims is May 9, 2016.

**Initial Projected Date Of Final Report (TFR):**    06/30/2017            **Current Projected Date Of Final Report (TFR):**    06/30/2017

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-34064 | | Trustee Name: | Richard M. Fogel (330720) |
| Case Name: | MONTESSORI ACADEMY & INFANT-TODDLER | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2420 | | Account #: | ******2900 Checking |
| For Period Ending: | 02/21/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/24/2015 | {1} | Montessori Academy & Infant Toddler Center | Funds in Chase Bank account | 1129-000 | 15,000.00 | | 15,000.00 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 14,990.00 |
| 01/14/2016 | {5} | Montessori Academy & Infant-Toddler Center | Transfer from DIP account Transfer from DIP account | 1221-000 | 8,000.00 | | 22,990.00 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.14 | 22,963.86 |
| 02/04/2016 | {5} | MONTESSORI ACADEMY & INFANT-TODDLER CENTER | Balance in checking account from post-conversion a/r collection | 1221-000 | 245.60 | | 23,209.46 |
| 02/04/2016 | {6} | MONTESSORI ACADEMY & INFANT-TODDLER CENTER | Balance on deposit in savings account | 1229-000 | 52.79 | | 23,262.25 |
| 02/04/2016 | {1} | ARDELIA J IRVIN | Reimbursement for Paymentech disbursement from DIP account | 1129-000 | 25.00 | | 23,287.25 |
| 02/04/2016 | {1} | ARDELIA J IRVIN | Reimbursement for Genworth disbursement from DIP account | 1129-000 | 329.99 | | 23,617.24 |
| 02/04/2016 | {1} | ARDELIA J IRVIN | Reimbursement for Payroll1 disbursement from DIP account | 1129-000 | 176.55 | | 23,793.79 |

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                         ! - transaction has not been cleared

Exhibit B
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-34064 | | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|---|
| Case Name: | MONTESSORI ACADEMY & INFANT-TODDLER | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2420 | | Account #: | ******2900 Checking |
| For Period Ending: | 02/21/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/04/2016 | {1} | ARDELIA J IRVIN | Reimbursement for Paymentech disbursement from DIP account | 1129-000 | -25.00 | | 23,768.79 |
| 02/04/2016 | {1} | ARDELIA J IRVIN | Reimbursement for Payroll1 disbursement from DIP account | 1129-000 | -176.55 | | 23,592.24 |
| 02/04/2016 | {1} | ARDELIA J IRVIN | Reimbursement for Genworth disbursement from DIP account | 1129-000 | -329.99 | | 23,262.25 |
| 02/17/2016 | 101 | ADAMS-LEVINE | Bond Premium 310BSBGR6291 Voided on 02/17/2016 | 2300-000 | | 38.90 | 23,223.35 |
| 02/17/2016 | 101 | ADAMS-LEVINE | Bond Premium 310BSBGR6291 Voided: check issued on 02/17/2016 | 2300-000 | | -38.90 | 23,262.25 |
| 02/17/2016 | 102 | ARTHUR B. LEVINE COMPANY | Bond Premium 310BSBGR6291 | 2300-000 | | 38.90 | 23,223.35 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.70 | 23,190.65 |
| 03/02/2016 | {1} | Ardelia Irvin | Credit account to balance after incorrect account adjustment | 1129-000 | 531.54 | | 23,722.19 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.43 | 23,684.76 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.83 | 23,651.93 |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 3

| Case No.: | 15-34064 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | MONTESSORI ACADEMY & INFANT-TODDLER | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2420 | Account #: | ******2900 Checking |
| For Period Ending: | 02/21/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.79 | 23,619.14 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.27 | 23,581.87 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.69 | 23,549.18 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.15 | 23,512.03 |
| 09/15/2016 | 103 | Illinois Department of Revenue | 2015 IL-1120 36-4082420 | 2820-000 | | 1,253.00 | 22,259.03 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.18 | 22,225.85 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.81 | 22,195.04 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.96 | 22,161.08 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.78 | 22,129.30 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.94 | 22,095.36 |
| 02/06/2017 | 104 | INTERNATIONAL SURETIES, LTD. | Bond Number 016073584 | 2300-000 | | 6.93 | 22,088.43 |

{ } Asset Reference(s)      UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

| | | | Exhibit B |
|---|---|---|---|
| | **Form 2** | | Page: 4 |
| | **Cash Receipts And Disbursements Record** | | |

| Case No.: | 15-34064 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | MONTESSORI ACADEMY & INFANT-TODDLER | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2420 | Account #: | ******2900 Checking |
| For Period Ending: | 02/21/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 23,829.93 | 1,741.50 | $22,088.43 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 23,829.93 | 1,741.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,829.93** | **$1,741.50** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Exhibit B
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-34064 |
| **Case Name:** | MONTESSORI ACADEMY & INFANT-TODDLER |
| **Taxpayer ID #:** | **-***2420 |
| **For Period Ending:** | 02/21/2017 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2900 Checking | $23,829.93 | $1,741.50 | $22,088.43 |
| | **$23,829.93** | **$1,741.50** | **$22,088.43** |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

# Exhibit C

**Case: 15-34064**  **MONTESSORI ACADEMY & INFANT-**

Claims Bar Date: 04/22/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>09/15/16 | | $3,132.99<br>$3,132.99 | $0.00 | $3,132.99 |
| FEE2 | Alan D. Lasko & Associates<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>01/10/17 | | $16,618.13<br>$16,618.13 | $0.00 | $16,618.13 |
| TE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>01/10/17 | | $38.10<br>$38.10 | $0.00 | $38.10 |
| TE2 | Alan D. Lasko & Associates<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603<br><3420-000 Accountant for Trustee Expenses (Other Firm)><br>, 200 | Administrative<br>01/10/17 | | $68.20<br>$68.20 | $0.00 | $68.20 |
| 2 | Office of the U.S. Trustee,<br><2990-000 Other Chapter 7 Administrative Expenses><br>, 200 | Administrative<br>12/24/15 | | $650.00<br>$650.00 | $0.00 | $650.00 |
| 5 | Porter Law Network,<br><6210-160 Attorney for D-I-P Fees (Chapter 11)><br>, 300<br>Per o/c 2-23-16 | Administrative<br>02/23/16 | | $2,780.00<br>$2,780.00 | $0.00 | $2,780.00 |
| 1 | Internal Revenue Service,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/06/15 | | $1,195.00<br>$1,195.00 | $0.00 | $1,195.00 |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Exhibit C

**Case: 15-34064**  **MONTESSORI ACADEMY & INFANT-**

Claims Bar Date: 04/22/16

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | The Elizabeth Hubbard Law Firm LLC<br>900 West Jackson Blvd.,Ste. Six West<br>Chicago, IL 60607<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Amended by 3-2 | Unsecured<br>01/12/16 | | $60,714.01<br>$0.00 | $0.00 | $0.00 |
| 3-2 | The Elizabeth Hubbard Law Firm<br>c/o Crane Heyman Simon Welch & Clar<br>135 S LaSalle St #3705<br>Chicago, IL 60603<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/12/16 | | $67,046.51<br>$67,046.51 | $0.00 | $67,046.51 |
| 4 | Andrea Suggs Hubbard Law Firm LLC<br>900 W Jackson Blvd Ste 6<br>Chicago, IL 60607-3024<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Claim amended by 4-2 | Unsecured<br>01/14/16 | | $76,707.76<br>$0.00 | $0.00 | $0.00 |
| 4-2 | Andrea Suggs<br>900 W Jackson Blvd Ste 6<br>Chicago, IL 60607-3024<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Amended by 4-3 | Unsecured<br>01/14/16 | | $76,707.76<br>$0.00 | $0.00 | $0.00 |
| 4-3 | Andrea Suggs<br>c/o Hubbard Law Firm LLC<br>900 W Jackson Blvd Ste 6<br>Chicago, IL 60607-3024<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/14/16 | | $83,040.26<br>$83,040.26 | $0.00 | $83,040.26 |

**Case Total:**  $0.00   $174,569.19

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-34064
Case Name: MONTESSORI ACADEMY & INFANT-
Trustee Name: Richard M. Fogel

**Balance on hand:**   $            22,088.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $            0.00
Remaining balance:                       $       22,088.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 3,132.99 | 0.00 | 3,132.99 |
| Trustee, Expenses - Richard M. Fogel | 38.10 | 0.00 | 38.10 |
| Other Chapter 7 Administrative Expenses - Office of the U.S. Trustee | 650.00 | 0.00 | 650.00 |
| Accountant for Trustee Fees (Other Firm) - Alan D. Lasko & Associates | 16,618.13 | 0.00 | 16,618.13 |
| Accountant for Trustee Expenses (Other Firm) - Alan D. Lasko & Associates | 68.20 | 0.00 | 68.20 |

Total to be paid for chapter 7 administrative expenses:   $       20,507.42
Remaining balance:                                        $        1,581.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees (Chapter 11) - Porter Law Network | 2,780.00 | 0.00 | 1,581.01 |

Total to be paid for prior chapter administrative expenses:   $        1,581.01
Remaining balance:                                            $            0.00

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|   |   |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $151,281.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | 1,195.00 | 0.00 | 0.00 |
| 3 | The Elizabeth Hubbard Law Firm LLC | 0.00 | 0.00 | 0.00 |
| 3-2 | The Elizabeth Hubbard Law Firm | 67,046.51 | 0.00 | 0.00 |
| 4 | Andrea Suggs Hubbard Law Firm LLC | 0.00 | 0.00 | 0.00 |
| 4-2 | Andrea Suggs | 0.00 | 0.00 | 0.00 |
| 4-3 | Andrea Suggs | 83,040.26 | 0.00 | 0.00 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|   |   |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**