# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 15-34064 |
| | ) | |
| Montessori Academy & Infant-Toddler Center, Inc., | ) ) | Chapter 7 |
| Debtor. | ) | Judge Jack B. Schmetterer |

## CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, state that on March 27, 2017, I caused a true and correct copy of the Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR) to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

{4273 CER A0457665.DOC}

## SERVICE LIST

**Via CM/ECF:**

Via Office of the U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Karen E. Porter
karenjporter@porterlawnetwork.com


**Via U.S. Mail:**

Alan D. Lasko & Associates
29 S. LaSalle St., Suite 1240
Chicago, IL 60603

The Elizabeth Hubbard Law Firm LLC
900 W. Jackson Blvd., Suite Six West
Chicago, IL 60607

The Elizabeth Hubbard Law Firm
c/o Crane Heyman Simon Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, IL 60603

Andrea Suggs
c/o Hubbard Law Firm LLC
900 W. Jackson Blvd., Suite 6
Chicago, IL 60607-3024