**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  MONTESSORI ACADEMY & INFANT-TODDLER | § § § § | Case No. 15-34064 |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,165.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $23,829.93 | | |

    3) Total gross receipts of $23,829.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $23,829.93 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $22,248.92 | $22,248.92 | $22,248.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $2,780.00 | $2,780.00 | $1,581.01 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $251,158.18 | $365,411.30 | $151,281.77 | $0.00 |
| **TOTAL DISBURSEMENTS** | $251,158.18 | $390,440.22 | $176,310.69 | $23,829.93 |

4) This case was originally filed under chapter 7 on 10/06/2015, and it was converted to chapter 7 on 11/20/2015.  The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   06/07/2017           By: /s/ Richard M. Fogel
                                           Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Savings account- Chase Bank | 1229-000 | $52.79 |
| Chase Bank Checking Account - 4982 Amount As of October 5, 2015 | 1129-000 | $15,531.54 |
| Accounts Receivable | 1221-000 | $8,245.60 |
| **TOTAL GROSS RECEIPTS** | | **$23,829.93** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $3,132.99 | $3,132.99 | $3,132.99 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $38.10 | $38.10 | $38.10 |
| Bond Payments - ARTHUR B. LEVINE COMPANY | 2300-000 | NA | $38.90 | $38.90 | $38.90 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $6.93 | $6.93 | $6.93 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $442.67 | $442.67 | $442.67 |
| Other State or Local Taxes (post-petition) - Illinois Department of Revenue | 2820-000 | NA | $1,253.00 | $1,253.00 | $1,253.00 |
| Other Chapter 7 Administrative Expenses - Office of the U.S. Trustee | 2990-000 | NA | $650.00 | $650.00 | $650.00 |
| Accountant for Trustee Fees (Other Firm) - Alan D. Lasko & Associates | 3410-000 | NA | $16,618.13 | $16,618.13 | $16,618.13 |
| Accountant for Trustee Expenses (Other Firm) - Alan D. Lasko & Associates | 3420-000 | NA | $68.20 | $68.20 | $68.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$22,248.92** | **$22,248.92** | **$22,248.92** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney for D-I-P Fees - Porter Law Network | 6210-160 | NA | $2,780.00 | $2,780.00 | $1,581.01 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$2,780.00** | **$2,780.00** | **$1,581.01** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None |||||||

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7100-000 | $1,195.00 | $1,195.00 | $1,195.00 | $0.00 |
| 3 | The Elizabeth Hubbard Law Firm LLC | 7100-000 | NA | $60,714.01 | $0.00 | $0.00 |
| 3-2 | The Elizabeth Hubbard Law Firm | 7100-000 | $60,000.00 | $67,046.51 | $67,046.51 | $0.00 |
| 4 | Andrea Suggs Hubbard Law Firm LLC | 7100-000 | NA | $76,707.76 | $0.00 | $0.00 |
| 4-2 | Andrea Suggs | 7100-000 | NA | $76,707.76 | $0.00 | $0.00 |
| 4-3 | Andrea Suggs | 7100-000 | $15,993.75 | $83,040.26 | $83,040.26 | $0.00 |
| N/F | Andrea Suggs clo Elizabeth Hubbard Hubbard Law Firm L | 7100-000 | $15,993.75 | NA | NA | NA |
| N/F | Ardelia J. Irvin | 7100-000 | $51,175.68 | NA | NA | NA |
| N/F | Berton N. Ring | 7100-000 | $20,000.00 | NA | NA | NA |
| N/F | City of Chicago Commission on Human Relations | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Montessori Academy & Associates, Inc. | 7100-000 | $85,800.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$251,158.18** | **$365,411.30** | **$151,281.77** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 15-34064 | Trustee Name: | (330720) Richard M. Fogel |
| --- | --- | --- | --- |
| Case Name: | MONTESSORI ACADEMY & INFANT-TODDLER | Date Filed (f) or Converted (c): | 11/20/2015 (c) |
| | | § 341(a) Meeting Date: | 01/19/2016 |
| For Period Ending: | 06/07/2017 | Claims Bar Date: | 04/22/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Chase Bank Checking Account - 4982 Amount As of October 5, 2015<br>Chase Bank Checking Account - 4982 Amount As of October 5, 2015 | 11,202.78 | Unknown | | 15,531.54 | FA |
| 2 | Racks, microwave, stove, 2 refrigerators, utensils, 43 shelves, 36 chairs, 9 tables, 45 cots, 14 cubbles, 9 baby beds, 9 mattresses.<br>Racks, microwave, stove, 2 refrigerators, utensils, 43 shelves, 36 chairs, 9 tables, 45 cots, 14 cubbles, 9 baby beds, 9 mattresses- abandoned per o/c 1-19-16 | 965.00 | Unknown | OA | 0.00 | FA |
| 3 | Small computer for office use, telephone system, office supplies<br>Small computer for office use, telephone system, office supplies- abandoned per o/c 1-19-16 | 400.00 | Unknown | OA | 0.00 | FA |
| 4 | Stored food and drinks for the children<br>Stored food and drinks for the children- Abandoned per o/c 1-19-16 | 800.00 | Unknown | OA | 0.00 | FA |
| 5 | Accounts Receivable (u) | 0.00 | Unknown | | 8,245.60 | FA |
| 6 | Savings account- Chase Bank (u) | 0.00 | Unknown | | 52.79 | FA |
| 7 | Potential Avoidance Actions (u) | 0.00 | Unknown | OA | 0.00 | FA |
| 7 | Assets    Totals    (Excluding unknown values) | **$13,367.78** | **$0.00** | | **$23,829.93** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| | |
|---|---|
| **Case No.:** 15-34064 | **Trustee Name:**   (330720) Richard M. Fogel |
| **Case Name:**   MONTESSORI ACADEMY & INFANT-TODDLER | **Date Filed (f) or Converted (c):**   11/20/2015 (c) |
| | **§ 341(a) Meeting Date:**   01/19/2016 |
| **For Period Ending:**   06/07/2017 | **Claims Bar Date:**   04/22/2016 |

**Major Activities Affecting Case Closing:**

    Trustee has retained accountants to prepare income tax returns for estate and review transactions between the debtor and its sole shareholder for potential avoidance actions.

    The bar date for filing pre-petition claims is April 22, 2016 and the bar date for filing requests for allowance of chapter 11 administrative expense claims is May 9, 2016.

**Initial Projected Date Of Final Report (TFR):**   06/30/2017     **Current Projected Date Of Final Report (TFR):**   06/30/2017

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-34064 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | MONTESSORI ACADEMY & INFANT-TODDLER | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2420 | Account #: | ******2900 Checking |
| For Period Ending: | 06/07/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/24/2015 | {1} | Montessori Academy & Infant Toddler Center | Funds in Chase Bank account | 1129-000 | 15,000.00 |  | 15,000.00 |
| 12/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 14,990.00 |
| 01/14/2016 | {5} | Montessori Academy & Infant-Toddler Center | Transfer from DIP account Transfer from DIP account | 1221-000 | 8,000.00 |  | 22,990.00 |
| 01/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 26.14 | 22,963.86 |
| 02/04/2016 | {5} | MONTESSORI ACADEMY & INFANT-TODDLER CENTER | Balance in checking account from post-conversion a/r collection | 1221-000 | 245.60 |  | 23,209.46 |
| 02/04/2016 | {6} | MONTESSORI ACADEMY & INFANT-TODDLER CENTER | Balance on deposit in savings account | 1229-000 | 52.79 |  | 23,262.25 |
| 02/04/2016 | {1} | ARDELIA J IRVIN | Reimbursement for Paymentech disbursement from DIP account | 1129-000 | 25.00 |  | 23,287.25 |
| 02/04/2016 | {1} | ARDELIA J IRVIN | Reimbursement for Genworth disbursement from DIP account | 1129-000 | 329.99 |  | 23,617.24 |
| 02/04/2016 | {1} | ARDELIA J IRVIN | Reimbursement for Payroll1 disbursement from DIP account | 1129-000 | 176.55 |  | 23,793.79 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-34064 | | Trustee Name: | Richard M. Fogel (330720) |
| --- | --- | --- | --- | --- |
| Case Name: | MONTESSORI ACADEMY & INFANT-TODDLER | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2420 | | Account #: | ******2900 Checking |
| For Period Ending: | 06/07/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/04/2016 | {1} | ARDELIA J IRVIN | Reimbursement for Paymentech disbursement from DIP account | 1129-000 | -25.00 | | 23,768.79 |
| 02/04/2016 | {1} | ARDELIA J IRVIN | Reimbursement for Payroll1 disbursement from DIP account | 1129-000 | -176.55 | | 23,592.24 |
| 02/04/2016 | {1} | ARDELIA J IRVIN | Reimbursement for Genworth disbursement from DIP account | 1129-000 | -329.99 | | 23,262.25 |
| 02/17/2016 | 101 | ADAMS-LEVINE | Bond Premium 310BSBGR6291 Voided on 02/17/2016 | 2300-000 | | 38.90 | 23,223.35 |
| 02/17/2016 | 101 | ADAMS-LEVINE | Bond Premium 310BSBGR6291 Voided: check issued on 02/17/2016 | 2300-000 | | -38.90 | 23,262.25 |
| 02/17/2016 | 102 | ARTHUR B. LEVINE COMPANY | Bond Premium 310BSBGR6291 | 2300-000 | | 38.90 | 23,223.35 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.70 | 23,190.65 |
| 03/02/2016 | {1} | Ardelia Irvin | Credit account to balance after incorrect account adjustment | 1129-000 | 531.54 | | 23,722.19 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.43 | 23,684.76 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.83 | 23,651.93 |

{} Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

| | | Exhibit 9 |
|---|---|---:|
| | Form 2 | Page: 3 |
| | Cash Receipts And Disbursements Record | |

| | | | | |
|---|---|---|---|---|
| Case No.: | 15-34064 | Trustee Name: | Richard M. Fogel (330720) | |
| Case Name: | MONTESSORI ACADEMY & INFANT-TODDLER | Bank Name: | Rabobank, N.A. | |
| Taxpayer ID #: | **-***2420 | Account #: | ******2900 Checking | |
| For Period Ending: | 06/07/2017 | Blanket Bond (per case limit): | $5,000,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.79 | 23,619.14 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.27 | 23,581.87 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.69 | 23,549.18 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.15 | 23,512.03 |
| 09/15/2016 | 103 | Illinois Department of Revenue | 2015 IL-1120 36-4082420 | 2820-000 | | 1,253.00 | 22,259.03 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.18 | 22,225.85 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.81 | 22,195.04 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.96 | 22,161.08 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.78 | 22,129.30 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.94 | 22,095.36 |
| 02/06/2017 | 104 | INTERNATIONAL SURETIES, LTD. | Bond Number 016073584 | 2300-000 | | 6.93 | 22,088.43 |
| 04/21/2017 | 105 | Richard M. Fogel | Combined dividend payments for Claim #FEE, TE Voided on 04/21/2017 | | | 3,171.09 | 18,917.34 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                                               ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 15-34064 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | MONTESSORI ACADEMY & INFANT-TODDLER | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2420 | Account #: | ******2900 Checking |
| For Period Ending: | 06/07/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Tue, 02-21-2017 $3,132.99 | 2100-000 | | | 18,917.34 |
| | | | Claims Distribution - Tue, 02-21-2017 $38.10 | 2200-000 | | | 18,917.34 |
| 04/21/2017 | 105 | Richard M. Fogel | Combined dividend payments for Claim #FEE, TE Voided: check issued on 04/21/2017 | | | -3,171.09 | 22,088.43 |
| | | | $3,132.99 | 2100-000 | | | 22,088.43 |
| | | | $38.10 | 2200-000 | | | 22,088.43 |
| 04/21/2017 | 106 | Alan D. Lasko & Associates | Combined dividend payments for Claim #FEE2, TE2 | | | 16,686.33 | 5,402.10 |
| | | | Claims Distribution - Tue, 02-21-2017 $16,618.13 | 3410-000 | | | 5,402.10 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-34064 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | MONTESSORI ACADEMY & INFANT-TODDLER | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2420 | Account #: | ******2900 Checking |
| For Period Ending: | 06/07/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  |  | Claims Distribution - Tue, 02-21-2017          $68.20 | 3420-000 |  |  | 5,402.10 |
| 04/21/2017 | 107 | Office of the U.S. Trustee | Distribution payment - Dividend paid at 100.00% of $650.00; Claim # 2; Filed: $650.00 | 2990-000 |  | 650.00 | 4,752.10 |
| 04/21/2017 | 108 | Porter Law Network | Distribution payment - Dividend paid at 56.87% of $2,780.00; Claim # 5; Filed: $2,780.00 | 6210-160 |  | 1,581.01 | 3,171.09 |
| 04/21/2017 | 109 | Richard M. Fogel | Combined dividend payments for Claim #FEE, TE |  |  | 3,171.09 | 0.00 |
|  |  |  | Claims Distribution - Tue, 02-21-2017          $3,132.99 | 2100-000 |  |  | 0.00 |
|  |  |  | Claims Distribution - Tue, 02-21-2017          $38.10 | 2200-000 |  |  | 0.00 |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

| | | | Exhibit 9 |
|---|---|---|---|
| | Form 2 | | Page: 6 |

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| Case No.: | 15-34064 | Trustee Name: | Richard M. Fogel (330720) | |
| Case Name: | MONTESSORI ACADEMY & INFANT-TODDLER | Bank Name: | Rabobank, N.A. | |
| Taxpayer ID #: | **-***2420 | Account #: | ******2900 Checking | |
| For Period Ending: | 06/07/2017 | Blanket Bond (per case limit): | $5,000,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 23,829.93 | 23,829.93 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 23,829.93 | 23,829.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,829.93** | **$23,829.93** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 15-34064 | | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | MONTESSORI ACADEMY & INFANT-TODDLER | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2420 | | **Account #:** | ******2900 Checking |
| **For Period Ending:** | 06/07/2017 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2900 Checking | $23,829.93 | $23,829.93 | $0.00 |
| | **$23,829.93** | **$23,829.93** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**